# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
# CIVIL DOCKET FOR CASE #: 7:10–cv–00012–F

Dacar v. Saybolt LP et al  
Assigned to: Senior Judge James C. Fox  
Cause: 29:201 Denial of Overtime Compensation

Date Filed: 01/26/2010  
Date Terminated: 01/24/2011  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Mr. Joseph Dacar**  
*individually and on behalf of all other persons similarly situated*

represented by **Andrew R. Frisch**  
Morgan &Morgan, P.A.  
6824 Griffin Rd.  
Davie, FL 33314  
954–318–0268  
Fax: 954–333–3515  
Email: afrisch@forthepeople.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christopher Adam Helmer**  
Riddle &Brantley, LLP  
2300 N. Herritage St., Suite A  
Kinston, NC 28501  
252–522–1500  
Fax: 252–522–0556  
Email: cah@justicecounts.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Whitelaw**

represented by **Jason Whitelaw**  
PRO SE

**Plaintiff**

**David Tardiff**

represented by **David Tardiff**  
PRO SE

**Plaintiff**

**Van Edano**

represented by **Van Edano**  
PRO SE

**Plaintiff**

**Peter Nazareno**

represented by **Peter Nazareno**  
PRO SE

V.

**Defendant**

**Saybolt LP**　　　　　　　　　　　　　　　represented by **Ethel J. Johnson**
*A Foreign Limited Partnership*　　　　　　　　　　　　　　　Shook, Hardy &Bason LLP
　　　　　　　　　　　　　　　JPMorgan Chase Tower
　　　　　　　　　　　　　　　600 Travis St., Suite 1600
　　　　　　　　　　　　　　　Houston, TX 77002–2992
　　　　　　　　　　　　　　　713–227–8008
　　　　　　　　　　　　　　　Fax: 713–227–9508
　　　　　　　　　　　　　　　Email: ejjohnson@shb.com
　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　**Jeremy R. Sayre**
　　　　　　　　　　　　　　　Ward and Smith, P.A.
　　　　　　　　　　　　　　　P. O. Box 33009
　　　　　　　　　　　　　　　Wade II, Suite 400
　　　　　　　　　　　　　　　5430 Wade Park Blvd.
　　　　　　　　　　　　　　　Raleigh, NC 27636–3009
　　　　　　　　　　　　　　　919–277–9100
　　　　　　　　　　　　　　　Fax: 919–277–9177
　　　　　　　　　　　　　　　Email: js@wardandsmith.com
　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　**William C. Martucci**
　　　　　　　　　　　　　　　Shook Hardy &Bacon LLP
　　　　　　　　　　　　　　　2555 Grand Blvd.
　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　816–474–6550
　　　　　　　　　　　　　　　Fax: 816–421–5547
　　　　　　　　　　　　　　　Email: wmartucci@shb.com
　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　**William A. Oden , III**
　　　　　　　　　　　　　　　Ward and Smith, P.A.
　　　　　　　　　　　　　　　P. O. Box 867
　　　　　　　　　　　　　　　1001 College Court
　　　　　　　　　　　　　　　New Bern, NC 28563–0867
　　　　　　　　　　　　　　　252–672–5400
　　　　　　　　　　　　　　　Fax: 672–5477
　　　　　　　　　　　　　　　Email: wao@wardandsmith.com
　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Core Laboratories LP**　　　　　　　　　　　　　　　represented by **Ethel J. Johnson**
*A Foreign Limited Partnership*　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　**Jeremy R. Sayre**
　　　　　　　　　　　　　　　(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William C. Martucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Oden , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Core Laboratories, Inc.**
*A Foreign Corporation*

represented by **Ethel J. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy R. Sayre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William C. Martucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Oden , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2010 | Ï 1 | COMPLAINT *Joseph Dacar* against all defendants ( Filing fee $ 350 receipt number 04170000000001084058.), filed by Joseph Dacar. (Attachments: # 1 Civil Cover Sheet JS 44 Civil Cover Sheet, # 2 Exhibit Consent to Join Collective Action, # 3 Exhibit Notice of Appearance by Andrew Frisch, # 4 Saybolt LP Summons, # 5 Core Laboratories LP Summons, # 6 Core Laboratories Inc Summons) (Helmer, Christopher) (Entered: 01/26/2010) |
| 01/26/2010 | Ï | NOTICE OF DEFICIENCY – Failure to File Financial Disclosure Statement as to Joseph Dacar. Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, all parties must file a corporate affiliate/financial interest disclosure statement. A negative statement is required if a party has no disclosures to make. The disclosure statement must be on a form provided by the clerk. This form is available at the clerks office and on the courts website. FURTHER, counsel must refile the Notice of Appearance in a separate entry in order to associate himself with the party. (Heath, D.) (Entered: 01/26/2010) |
| 01/27/2010 | Ï 2 | NOTICE of Appearance by Andrew R. Frisch on behalf of Joseph Dacar (Frisch, Andrew) (Entered: 01/27/2010) |
| 01/27/2010 | Ï 3 | |

| | | |
|---|---|---|
| | | Financial Disclosure Statement by Joseph Dacar. (Helmer, Christopher) Modified on 1/27/2010 to reflect correct event(Talbert, S.). (Entered: 01/27/2010) |
| 01/27/2010 | Ï | NOTICE OF DEFICIENCY re: 3 Motion for Disclosure. This is not a Motion but a Financial Disclosure Statement. In the future, Counsel should file this using the event Financial Disclosure Statement. The Clerk's Office will correct this docket entry to reflect the correct event. (Talbert, S.) (Entered: 01/27/2010) |
| 01/27/2010 | Ï | NOTICE OF DEFICIENCY re: 1 Summons. Counsel should refile the Summons using the form provided on the Court's website. Please refer to the Southern Division rather than Wilmington Division on the Summons. (Heath, D.) (Entered: 01/27/2010) |
| 01/27/2010 | Ï 4 | NOTICE by Joseph Dacar *of Filing Summons in a Civil Case* (Attachments: # 1 Summons – Core Laboratories, Inc., # 2 Summons – Core Laboratories, LP, # 3 Summons – Saybolt) (Frisch, Andrew) (Entered: 01/27/2010) |
| 01/28/2010 | Ï 5 | Summons Issued as to Saybolt LP, Core Laboratories LP, Core Laboratories, Inc. Counsel should print summons to effect service. (Talbert, S.) (Entered: 01/28/2010) |
| 02/02/2010 | Ï 6 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Killen) (Frisch, Andrew) (Entered: 02/02/2010) |
| 02/02/2010 | Ï 7 | ORDER REASSIGNING CASE. Case reassigned to Chief Judge Louise Wood Flanagan for all further proceedings. Judge Terrence W. Boyle no longer assigned to case. Signed by Clerk of Court on 2/2/10. (Talbert, S.) (Entered: 02/02/2010) |
| 02/03/2010 | Ï | Case Selected for Mediation – A printable list of certified mediators for the Eastern District of North Carolina is available on the court's Website, http://www.nced.uscourts.gov/applications/mediators.asp. Please serve this list on all parties. (Beasley, B.) (Entered: 02/03/2010) |
| 02/11/2010 | Ï 8 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Porter) (Frisch, Andrew) (Entered: 02/11/2010) |
| 02/12/2010 | Ï 9 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Pecot) (Frisch, Andrew) (Entered: 02/12/2010) |
| 02/22/2010 | Ï 10 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Arceneaux) (Frisch, Andrew) (Entered: 02/22/2010) |
| 02/22/2010 | Ï 11 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Graves) (Frisch, Andrew) (Entered: 02/22/2010) |
| 02/23/2010 | Ï 12 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Hanks) (Frisch, Andrew) (Entered: 02/23/2010) |
| 03/11/2010 | Ï 13 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Kennon) (Frisch, Andrew) (Entered: 03/11/2010) |
| 03/12/2010 | Ï 14 | SUMMONS Returned Executed by Joseph Dacar. Core Laboratories, Inc. served on 2/26/2010, answer due 3/19/2010. (Frisch, Andrew) (Entered: 03/12/2010) |
| 03/19/2010 | Ï 15 | NOTICE of Appearance by William A. Oden, III on behalf of all defendants (Oden, William) (Entered: 03/19/2010) |
| 03/19/2010 | Ï 16 | MOTION for Extension of Time to File Answer re 1 Complaint, *Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Original Complaint* by Saybolt LP, Core Laboratories LP, Core Laboratories, Inc. (Attachments: # 1 Text of Proposed Order Granting |

| | | |
|---|---|---|
| | | Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Original Complaint) (Oden, William) (Entered: 03/19/2010) |
| 03/19/2010 | Ï 17 | NOTICE of Appearance by Jeremy R. Sayre on behalf of all defendants (Sayre, Jeremy) (Entered: 03/19/2010) |
| 03/19/2010 | Ï | MOTIONS REFERRED: 16 MOTION for Extension of Time to File Answer re 1 Complaint referred to Clerk of Court. (Baker, C.) (Entered: 03/19/2010) |
| 03/22/2010 | Ï 18 | ORDER granting 16 Motion for Extension of Time to Answer re 1 Complaint. Defendants' answers due 4/2/2010. Signed by Clerk of Court on 03/22/2010. Copies served electronically. (Baker, C.) (Entered: 03/22/2010) |
| 03/22/2010 | Ï 19 | ORDER REASSIGNING CASE. At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable James C. Fox, Senior U.S. District Judge to conduct all proceedings in this matter. **All future pleadings should reflect the revised case number 7:10−CV−12−F.** Signed by Clerk of Court on 03/22/2010. Copies served electronically. (Baker, C.) (Entered: 03/22/2010) |
| 03/30/2010 | Ï 20 | FINANCIAL DISCLOSURE STATEMENT by Saybolt LP (Oden, William) (Entered: 03/30/2010) |
| 03/30/2010 | Ï 21 | FINANCIAL DISCLOSURE STATEMENT by Core Laboratories LP (Oden, William) (Entered: 03/30/2010) |
| 03/30/2010 | Ï 22 | FINANCIAL DISCLOSURE STATEMENT by Core Laboratories, Inc. (Oden, William) (Entered: 03/30/2010) |
| 04/01/2010 | Ï 23 | ANSWER to Complaint by Saybolt LP, Core Laboratories LP, Core Laboratories, Inc.. (Oden, William) (Entered: 04/01/2010) |
| 04/02/2010 | Ï 24 | ORDER FOR DISCOVERY PLAN sent to all parties. Signed by Dennis Iavarone, Clerk of Court on 4/2/2010. (Edwards, S.) (Entered: 04/02/2010) |
| 04/19/2010 | Ï 25 | MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]* by Joseph Dacar. **Memorandum in Support of Motion included within the motion.** (Frisch, Andrew) Modified on 4/19/2010 to remove the response deadline information (Edwards, S.). (Entered: 04/19/2010) |
| 04/19/2010 | Ï | NOTICE OF DEFICIENCY re: 25 Motion to Strike. CM/ECF does not accommodate certain document combinations, such as response and reply or responses and motion or 'motion' and 'memoranda in support of'. The memoranda in support of this motion should be filed separately using the event code 'Memorandum in Support' located under 'Responses and Replies', making sure to link this event with the appropriate motion. No need to refile anything at this time. The case manager will edit the text to include where the supporting memoranda is located at. (Edwards, S.) (Entered: 04/19/2010) |
| 04/19/2010 | Ï | NOTICE OF DEFICIENCY re: 25 Motion to Strike. Counsel has include the response to motion deadline. The case manager will remove that information from the text. Counsel is reminded to not insert any response or reply deadlines when e−filing. (Edwards, S.) (Entered: 04/19/2010) |
| 04/19/2010 | Ï | NOTICE OF DEFICIENCY re: 25 Motion to Strike. Counsel's signature block for the certificate of service is not in compliance with Section J of the CM/ECF Policy and Procedure Manual. The signature block for the certificate of service must match that of what is on the actual pleading. Instead of refiling the motion, just file a separate certificate of service for the motion making sure to use the correct signature block.Additionally note that neither counsel has listed their bar numbers. You must be sure to list your bar association number within your signature block as well. (Edwards, S.) (Entered: 04/19/2010) |

| | | |
|---|---|---|
| 04/19/2010 | Ï 26 | CERTIFICATE OF SERVICE by Joseph Dacar re 25 MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]* MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]* (Frisch, Andrew) (Entered: 04/19/2010) |
| 04/19/2010 | Ï 27 | NOTICE by Joseph Dacar re 25 MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]* MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses] of Furnishing Unpublished Decisions Pursuant to Local Rule 7.2(c)* (Attachments: # 1 Ayers v. Consolidated Construction Services, # 2 Ferguson v. Guyan Machinery Company, # 3 Flores v. Albertsons, Inc., # 4 Hansen v. ABC Liquors, Inc., # 5 Hanzlik v. Sima Birach, # 6 Jorge v. Sunnyside Apartments, Inc., # 7 Lopez v. Autoserve, LLC., # 8 Marchbanks v. Beelman River Terminals, # 9 Perez–Nunez v. North Broward Hospital District) (Frisch, Andrew) (Entered: 04/19/2010) |
| 04/29/2010 | Ï 28 | MOTION to Certify Class by Joseph Dacar. (Attachments: # 1 Exhibit A–Affidavit of Joseph Dacar, # 2 Exhibit B–Affidavit of Antoine Hanks, # 3 Exhibit C–Affidavit of Edward Lauer, # 4 Exhibit D–Affidavit of Daniel Martinez) (Frisch, Andrew) Modified on 4/29/2010 (Edwards, S.). (Entered: 04/29/2010) |
| 04/29/2010 | Ï 29 | Memorandum in Support re 28 MOTION to Certify Class filed by Joseph Dacar. (Attachments: # 1 Exhibit A–Affidavit of Joseph Dacar, # 2 Exhibit B–Affidavit of Antoine Hanks, # 3 Exhibit C–Affidavit of Edward Lauer, # 4 Exhibit D–Affidavit of Daniel Martinez, # 5 Exhibit E–Core Laboratories, # 6 Exhibit F–Notice of Lawsuit, # 7 Exhibit G–Consent to Join) (Frisch, Andrew) Modified on 4/29/2010 (Edwards, S.). (Entered: 04/29/2010) |
| 04/29/2010 | Ï 30 | NOTICE by Joseph Dacar re 29 Memorandum in Support *of Furnishing Unpublished Decisions Pursuant to Local Rule 7.2(c)* (Attachments: # 1 Adeva v. Intertek USA, Inc., # 2 Ayers v. SGS Control Services, Inc., # 3 Ballaris v. Wacker Silttronic Corporation, # 4 Barton v. The Pantry, Inc., # 5 Brumley v. Camin Cargo Control, Inc., # 6 Burks v. Equity Group Eufaula Division, # 7 Carver v. Velocity Express Corporation, # 8 Gandhi v. Dell Inc., # 9 Goldman v. RadioShack Corporation, # 10 Guerra v. Big Johnson Concrete Pumping, # 11 Kreher v. City of Atlanta, Georgia, # 12 Mania v. Mayflower Textile Services Co., # 13 Montaya v. SCCP Painting Contractors, Inc., # 14 Morden v. T–Mobile USA, Inc., # 15 Nolan v. Reliant Equity Investors, Inc., # 16 Pendlebury v. Starbucks Coffee Company, # 17 Quinteros v. Sparkle Cleaning, Inc., # 18 Reyes v. Carnival Corporation, # 19 Robinson v. Empire Equity Group, Inc., # 20 Sanders v. MPRI, Inc., # 21 Scott v. Heartland Home Finance, Inc., # 22 Thiebes v. Wal–Mart Stores, Inc., # 23 Veliz v. Cintas Corporation, # 24 Wajcman v. Hartman &Tyner, Inc., # 25 Yeibyo v. E–Park of DC, Inc., # 26 Zhao v. Benihana, Inc.) (Frisch, Andrew) (Entered: 04/29/2010) |
| 04/29/2010 | Ï | NOTICE OF DEFICIENCY re: 28 Motion to Certify Class. Pursuant to Section L of the CM/ECF Policy and Procedures Manual, attachments and exhibits must be identified with a clear and complete naming convention. The case manager will correct the docket text to reflect the attachments correctly. In the future, identify attachments by using clear and complete naming conventions or you may have to refile your documents. No need to refile anything at this time. (Edwards, S.) (Entered: 04/29/2010) |
| 04/29/2010 | Ï | NOTICE OF DEFICIENCY re: 29 Memorandum in Support. Pursuant to Section L of the CM/ECF Policy and Procedures Manual, attachments and exhibits must be identified with a clear and complete naming convention. The case manager will correct the docket text to reflect the attachments correctly. In the future, identify attachments by using clear and complete naming conventions or you may have to refile your documents. No need to refile anything at this time. (Edwards, S.) (Entered: 04/29/2010) |
| 04/29/2010 | Ï | NOTICE OF CORRECTION re: 29 Memorandum in Support, 28 Motion to Certify Class. Case manager corrected the exhibit docket text in these entries to reflect the exhibits correctly. (Edwards, S.) (Entered: 04/29/2010) |
| 04/30/2010 | Ï 31 | Rule 26(f) Report (joint) by Joseph Dacar. (Frisch, Andrew) (Entered: 04/30/2010) |

| | | |
|---|---|---|
| 04/30/2010 | Ï | Referred the parties proposed discovery plan at docket entry 31 to USMJ Webb for an order on scheduling. (Edwards, S.) (Entered: 04/30/2010) |
| 05/03/2010 | Ï 32 | RESPONSE in Opposition re 25 MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]* MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses] Defendants' Response to Plaintiff's Motion to Strike Defendants' Affirmative Defenses to Plaintiff's Complaint* filed by Saybolt LP, Core Laboratories LP, Core Laboratories, Inc. (Attachments: # 1 Exhibit A – Sinclair vs. Mobile 360, Unpublished Decision) (Oden, William). (Entered: 05/03/2010) |
| 05/04/2010 | Ï 33 | SCHEDULING ORDER: Discovery due by 3/19/2011. Motions due by 4/19/2011. Jury Trial set for this court's 9/6/2011 SESSION at 10:00 AM in Wilmington, NC – Courtroom 1 before Judge James C. Fox. Signed by USMJ William A. Webb on 5/3/2010. CC:counsel, S. Edwards, S. Thuemmel, S. Cannon, D. Lassiter. (Attachments: # 1 Consent to USMJ Form) (Edwards, S.) (Entered: 05/04/2010) |
| 05/06/2010 | Ï 34 | **"REFILED ON 5/7/10"** NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Chase Smith) (Frisch, Andrew) Modified on 5/11/2010 (Edwards, S.). (Entered: 05/06/2010) |
| 05/07/2010 | Ï | NOTICE OF DEFICIENCY re: 34 Notice–(other). Local counsel has not signed the document. Counsel is directed to re–file the document with local counsel's electronic or manual signature. If no corrected document is filed within 48 hours, the clerks office will forward the case to the judicial officer for review. (Edwards, S.) (Entered: 05/07/2010) |
| 05/07/2010 | Ï 35 | NOTICE by Joseph Dacar re Notice of Deficiency, (Attachments: # 1 Chase Smith) (Frisch, Andrew) (Entered: 05/07/2010) |
| 05/12/2010 | Ï 36 | *DOCUMENT CORRECTED AND REFILED AT DOCKET ENTRY 38: NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Sparrowhawk) (Frisch, Andrew) (Entered: 05/12/2010) |
| 05/12/2010 | Ï 37 | NOTICE by Joseph Dacar re 36 Notice *of Striking Docket Entry* (Frisch, Andrew) . (Entered: 05/12/2010) |
| 05/12/2010 | Ï 38 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join – Sparrowhawk) (Frisch, Andrew) (Entered: 05/12/2010) |
| 05/18/2010 | Ï 39 | NOTICE of Appearance for non–district by Ethel J. Johnson on behalf of Saybolt LP, Core Laboratories LP and Core Laboratories, Inc. (Johnson, Ethel). (Entered: 05/18/2010) |
| 05/18/2010 | Ï 40 | MOTION for Extension of Time to File Response/Reply as to 28 MOTION to Certify Class *Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Certification of Collective Action* by Saybolt LP, Core Laboratories LP and Core Laboratories, Inc. (Attachments: # 1 Text of Proposed Order Order Granting Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Certification of Collective Action) (Oden, William). (Entered: 05/18/2010) |
| 05/18/2010 | Ï | Pursuant to Local ADR Rule 101.1c(a), counsel is reminded that the parties must file a written statement identifying an agreed upon mediator within twenty one (21) days of the entry of the Scheduling Order. If a statement is not timely filed, the Clerk of Court will appoint a mediator from the list of court certified mediators. (Beasley, B.) (Entered: 05/18/2010) |
| 05/19/2010 | Ï 41 | ORDER granting 40 Motion for Extension of Time to File Response/Reply re 28 MOTION to Certify Class; Responses due by 6/1/2010. Signed by Susan Edwards, Deputy on 5/19/2010. Copies served. (Edwards, S.) (Entered: 05/19/2010) |
| 05/28/2010 | Ï 42 | |

| | | |
|---|---|---|
| | | Joint MOTION for Extension of Time to File *Selection of Mediator* by Joseph Dacar. (Frisch, Andrew) (Entered: 05/28/2010) |
| 06/01/2010 | Ï 43 | RESPONSE to Motion re 28 MOTION to Certify Class *and Memorandum in Opposition* filed by Saybolt LP, Core Laboratories LP, Core Laboratories, Inc.. (Attachments: # 1 Exhibit Affidavit of Suzanne Lang, # 2 Text of Proposed Order Proposed Order) (Johnson, Ethel) (Entered: 06/01/2010) |
| 06/01/2010 | Ï | MOTIONS REFERRED: 42 Joint MOTION for Extension of Time to File *Selection of Mediator* Motions referred to Dennis Iavarone, Clerk of Court. (Edwards, S.) (Entered: 06/01/2010) |
| 06/07/2010 | Ï | Motions No Longer Referred to Dennis Iavarone, Clerk: 42 Joint MOTION for Extension of Time to File *Selection of Mediator* (Edwards, S.) (Entered: 06/07/2010) |
| 06/07/2010 | Ï | MOTIONS REFERRED: 42 Joint MOTION for Extension of Time to File *Selection of Mediator* Motions referred to USMJ William A. Webb. (Edwards, S.) (Entered: 06/07/2010) |
| 06/07/2010 | Ï 44 | ORDER granting 42 Motion for Extension of Time to select a mediator. The parties shall have until 6/8/2010. Signed by USMJ William A. Webb on 6/7/2010. Copies served. (Edwards, S.) (Entered: 06/07/2010) |
| 06/09/2010 | Ï 45 | SELECTION OF Robert A. Beason as mediator. (Frisch, Andrew) (Entered: 06/09/2010) |
| 06/10/2010 | Ï 46 | NOTICE of Appearance for non−district by William C. Martucci on behalf of Core Laboratories LP, Core Laboratories, Inc., Saybolt LP (Martucci, William) (Entered: 06/10/2010) |
| 06/15/2010 | Ï 47 | MOTION for Extension of Time to File Reply as to 43 Response to Motion, *Unopposed* by Joseph Dacar. (Attachments: # 1 Text of Proposed Order Proposed Order) (Frisch, Andrew) Modified to indicate on the text that it is for an extention of time to file a reply 6/17/2010 (Edwards, S.). (Entered: 06/15/2010) |
| 06/17/2010 | Ï | MOTION REFERRED: 47 MOTION for Extension of Time to File Reply as to 43 Response to Motion. *Unopposed* Motion referred to Dennis Iavarone, Clerk of Court. (Edwards, S.) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 48 | ORDER granting 47 Motion for Extension of Time to File Reply re 28 MOTION to Certify Class; Replies due by 6/22/2010. Signed by Dennis Iavarone, Clerk of Court on 6/17/2010. Copies served. (Edwards, S.) (Entered: 06/17/2010) |
| 06/22/2010 | Ï 49 | REPLY to Response to Motion re 28 MOTION to Certify Class filed by Joseph Dacar. (Frisch, Andrew) (Entered: 06/22/2010) |
| 06/23/2010 | Ï 50 | ORDER Appointing Mediator Robert A. Beason. Signed by Clerk of Court on 6/23/2010. (Beasley, B.). (Entered: 06/23/2010) |
| 06/24/2010 | Ï 51 | ORDER REFERRING MOTION: 28 MOTION to Certify Class filed by Joseph Dacar, 25 MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]*. United States Magistrate Judge William A. Webb to prepare a Memorandum and Recommendation (Mon the pending motions 25 and 28 . Signed by Judge James C. Fox on 6/24/2010. Motions referred to USMJ William A. Webb. Copies served on counsel and USMJ Webb. (Edwards, S.) (Entered: 06/24/2010) |
| 07/20/2010 | Ï 52 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consents to Join−LYLE DEROCHE &SHAYNE BUSH) (Frisch, Andrew) (Entered: 07/20/2010) |
| 07/20/2010 | Ï 53 | MOTION for Leave to File *AMENDED COMPLAINT* by Joseph Dacar. (Attachments: # 1 Exhibit A−Amended Complaint, # 2 Text of Proposed Order Proposed Order) (Frisch, Andrew) |

| | | |
|---|---|---|
| | | (Entered: 07/20/2010) |
| 07/20/2010 | Ï 54 | Memorandum in Support re 53 MOTION for Leave to File *AMENDED COMPLAINT* filed by Joseph Dacar. (Frisch, Andrew) (Entered: 07/20/2010) |
| 07/22/2010 | Ï | NOTICE TO COUNSEL – The case number should read 7:10–CV–12–F. The judge assigned to this matter is Senior Judge James C. Fox. You need to be sure to include the judge assignment to your pleadings with the case number. No need to refile anything. (Edwards, S.) (Entered: 07/22/2010) |
| 07/29/2010 | Ï 55 | NOTICE by Joseph Dacar *OF FILING CONSENT TO JOIN*. (Attachments: # 1 Consent to Join–CHRISTOPHER GARNER) (Frisch, Andrew) (Entered: 07/29/2010) |
| 07/29/2010 | Ï 56 | NOTICE by Joseph Dacar *OF FILING CONSENT TO JOIN*. (Attachments: # 1 Consent to Join–MICHAEL LEGGETT) (Frisch, Andrew) (Entered: 07/29/2010) |
| 07/29/2010 | Ï 57 | NOTICE by Joseph Dacar *OF FILING CONSENT TO JOIN*. (Attachments: # 1 Consent to Join–BRYAN SUTTON) (Frisch, Andrew) (Entered: 07/29/2010) |
| 08/02/2010 | Ï 58 | NOTICE OF FILING ADDITIONAL NOTICE OF CONSENT TO JOIN to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–TIMOTHY ALLEN) (Frisch, Andrew). (Entered: 08/02/2010) |
| 08/09/2010 | Ï 59 | MOTION to Compel *Better Response to Interrogatories* by Joseph Dacar. (Attachments: # 1 Exhibit A–Plaintiff's 1st Set of Interrogatories, # 2 Exhibit B–Defendant's Objections to Plaintiff's 1st Set of Interrogatories) (Frisch, Andrew) (Entered: 08/09/2010) |
| 08/09/2010 | Ï 60 | Memorandum in Support re 59 MOTION to Compel *Better Response to Interrogatories* filed by Joseph Dacar. (Frisch, Andrew) (Entered: 08/09/2010) |
| 08/10/2010 | Ï 61 | RESPONSE in Opposition re 53 MOTION for Leave to File *AMENDED COMPLAINT* filed by Core Laboratories LP, Core Laboratories, Inc., Saybolt LP. (Attachments: # 1 Exhibit A – case law, # 2 Exhibit B – case law, # 3 Text of Proposed Order) (Johnson, Ethel). (Entered: 08/10/2010) |
| 08/12/2010 | Ï 62 | NOTICE *OF FILING Additional Notice of CONSENT TO JOIN* by Joseph Dacar (Attachments: # 1 Consent to Join–BROWN) (Frisch, Andrew). (Entered: 08/12/2010) |
| 08/12/2010 | Ï 63 | NOTICE *OF FILING Additional Notice of CONSENT TO JOIN* by Joseph Dacar (Attachments: # 1 Consent to Join–ALBRIGHT) (Frisch, Andrew). (Entered: 08/12/2010) |
| 08/19/2010 | Ï 64 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–ADAMS) (Frisch, Andrew) (Entered: 08/19/2010) |
| 08/19/2010 | Ï 65 | MOTION to Change Venue by Core Laboratories LP, Saybolt LP. (Attachments: # 1 Text of Proposed Order Order) (Johnson, Ethel) (Entered: 08/19/2010) |
| 08/19/2010 | Ï 66 | Memorandum in Support re 65 MOTION to Change Venue filed by Core Laboratories LP, Saybolt LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L) (Johnson, Ethel) (Entered: 08/19/2010) |
| 08/20/2010 | Ï | NOTICE OF DEFICIENCY re: 66 Memorandum in Support – When filing a pleading with attached exhibits (as those attached to the Memorandum in Support) each attachment/exhibit must be identified with a clear and complete description of the document (e.g., Exhibit 1 is insufficient. Affidavit of Jane Doe would meet the requirement), per Section L, (2)(b) of Policy |

| | | |
|---|---|---|
| | | Manuel. Counsel is directed to refile this document. (Lee, B.) (Entered: 08/20/2010) |
| 08/20/2010 | Ï 67 | Memorandum in Support re 65 MOTION to Change Venue filed by Core Laboratories LP, Saybolt LP. (Attachments: # 1 Index of Exhibits to Defendants' Memorandum of Law in Support of Motion to Transfer Venue, # 2 Exhibit A – Affidavit of Suzanne Lang, # 3 Exhibit B – Affidavit of Dawn Weis, # 4 Exhibit C – Dacar's March 12, 2004 Paycheck, # 5 Exhibit D – Various W–2 Earnings Summaries, # 6 Exhibit E – Mileage Map from Baton Rouge, LA to Houston, TX, # 7 Exhibit F – Mileage Map from Baton Rouge, LA to Wilmington, NC, # 8 Exhibit G – Texas Mileage Maps, # 9 Exhibit H – Mileage Maps from Texas Cities to Wilmington, NC, # 10 Exhibit I – Varous Applications for Employment, # 11 Exhibit J – Various Employee Agreements, # 12 Exhibit K – Various Software Access and Use Agreements, # 13 Exhibit L – Copies of Unpublished Opinions) (Johnson, Ethel). (Entered: 08/20/2010) |
| 08/23/2010 | Ï 68 | REPLY to Response to Motion re 53 MOTION for Leave to File *AMENDED COMPLAINT* filed by Joseph Dacar. (Frisch, Andrew) (Entered: 08/23/2010) |
| 08/23/2010 | Ï 69 | RESPONSE in Opposition re 59 MOTION to Compel *Better Response to Interrogatories* filed by Core Laboratories LP, Saybolt LP. (Attachments: # 1 Exhibit A – Unreported Cases, # 2 Text of Proposed Order) (Johnson, Ethel). (Entered: 08/23/2010) |
| 08/23/2010 | Ï 70 | MEMORANDUM AND RECOMMENDATIONS re 28 MOTION to Certify Class filed by Joseph Dacar and 25 MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]*. The objections to MRdue by 9/9/2010. Signed by US Magistrate Judge William A. Webb on 8/23/2010. Copies served. (Attachments: # 1 MRNotice) (Edwards, S.) (Entered: 08/23/2010) |
| 08/24/2010 | Ï | Motion Submitted to Senior Judge Fox: 53 MOTION for Leave to File *AMENDED COMPLAINT*. (Edwards, S.) (Entered: 08/24/2010) |
| 08/24/2010 | Ï | MOTION REFERRED: 59 MOTION to Compel *Better Response to Interrogatories* referred to US Magistrate Judge William A. Webb. (Edwards, S.). (Entered: 08/24/2010) |
| 08/24/2010 | Ï | Motion No Longer Referred to US Magistrate Judge William A. Webb: 59 MOTION to Compel *Better Response to Interrogatories* (Edwards, S.). (Entered: 08/24/2010) |
| 08/24/2010 | Ï | The Motion at docket entry 53 is hereby unsubmitted at this time. Please disregard the previous entry. (Edwards, S.) (Entered: 08/24/2010) |
| 08/25/2010 | Ï 71 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–STELLY) (Frisch, Andrew) (Entered: 08/25/2010) |
| 08/25/2010 | Ï 72 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–TEMPLE) (Frisch, Andrew) (Entered: 08/25/2010) |
| 09/01/2010 | Ï 73 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–BRADLEY HEBERT) (Frisch, Andrew) (Entered: 09/01/2010) |
| 09/01/2010 | Ï 74 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–ELVIN MARCHAND) (Frisch, Andrew) (Entered: 09/01/2010) |
| 09/01/2010 | Ï 75 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–FELTON RAVIA) (Frisch, Andrew) (Entered: 09/01/2010) |

| | | |
|---|---|---|
| 09/01/2010 | Ï 76 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Consent to Join–JACOB SANFORD) (Frisch, Andrew) (Entered: 09/01/2010) |
| 09/07/2010 | Ï 77 | OBJECTION to 70 Memorandum and Recommendations by Core Laboratories LP, Saybolt LP. (Attachments: # 1 Text of Proposed Order Proposed Order) (Johnson, Ethel) (Entered: 09/07/2010) |
| 09/08/2010 | Ï 78 | MOTION for Extension of Time to File Response as to 65 MOTION to Change Venue *UNOPPOSED* by Joseph Dacar. (Frisch, Andrew) (Entered: 09/08/2010) |
| 09/09/2010 | Ï 79 | CONSENT to become a party plaintiff in collective action under Section 16(b) of the Fair Labor Standards Act by Joseph Dacar. (Attachments: # 1 Cosent to Join– MINYARD) (Frisch, Andrew) (Entered: 09/09/2010) |
| 09/13/2010 | Ï | MOTION REFERRED: 78 MOTION for Extension of Time to File Response/Reply as to 65 MOTION to Change Venue *UNOPPOSED* Motions referred to Dennis Iavarone, Clerk of Court. (Edwards, S.) (Entered: 09/13/2010) |
| 09/14/2010 | Ï 80 | ORDER granting 78 Motion for Extension of Time to File Response to 65 MOTION to Change Venue. Responses due by 9/16/2010. Signed by Dennis P. Iavarone, Clerk of Court on 9/14/2010. (Foell, S.) (Entered: 09/14/2010) |
| 09/15/2010 | Ï 81 | RESPONSE in Opposition re 65 MOTION to Change Venue filed by Joseph Dacar. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Affidavit of Joseph Dacar, # 3 Exhibit Annual Report Securities and Exchange Commission – Core Laboratories, # 4 Exhibit Print−out from Mapquest) (Frisch, Andrew) Modified on 9/17/2010 to correct the naming convention (Edwards, S.). (Entered: 09/15/2010) |
| 09/15/2010 | Ï 82 | NOTICE by Joseph Dacar re 81 Memorandum in Opposition, *Exhibit 4 (Part 1) – Case law* (Frisch, Andrew). (Entered: 09/15/2010) |
| 09/15/2010 | Ï 83 | NOTICE by Joseph Dacar re 81 Memorandum in Opposition, *Exhibit 4 (Part 2) – Case law* (Frisch, Andrew). (Entered: 09/15/2010) |
| 09/16/2010 | Ï | NOTICE OF CORRECTION re: 82 Notice and 83 Notice: Exhibits were not described. Clerk has corrected so no need to refile this time. (Lee, B.) (Entered: 09/16/2010) |
| 09/16/2010 | Ï 84 | RESPONSE re 77 Objection to Memorandum and Recommendations filed by Joseph Dacar. (Attachments: # 1 Text of Proposed Order Overruling Defendants' Objections) (Frisch, Andrew). (Entered: 09/16/2010) |
| 09/17/2010 | Ï | NOTICE OF CORRECTION re: 81 Memorandum in Opposition. The document attached is the 'Response In Opposition'. Case manager corrected the naming convention to reflect that it was the 'Response'. Counsel is reminded to use the proper naming conventions when e−filing their documents. The 'Response in Opposition' event is located under 'Responses and Replies'. No need to refile anything. (Edwards, S.) (Entered: 09/17/2010) |
| 09/29/2010 | Ï 85 | REPLY to Response to Motion re 65 MOTION to Change Venue filed by Core Laboratories LP, Saybolt LP. (Attachments: # 1 Exhibit A − Supplemental Affidavit of Dawn Weis, # 2 Exhibit B − Case Law: Alfonso v. Straightline Installations LLC) (Johnson, Ethel). (Entered: 09/29/2010) |
| 10/01/2010 | Ï | Motions and all supporting documents Submitted to Senior Judge Fox: 70 MEMORANDUM AND RECOMMENDATIONS re 28 MOTION to Certify Class filed by Joseph Dacar, 25 MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]* MEMORANDUM AND RECOMMENDATIONS re 28 MOTION to Certify Class filed by Joseph Dacar, 25 MOTION to Strike 23 Answer to Complaint *[Affirmative Defenses]* 65 MOTION to Change Venue, 53 MOTION for Leave to File *AMENDED COMPLAINT*, 59 MOTION to Compel *Better Response* |

| | | |
|---|---|---|
| | | *to Interrogatories*. (Edwards, S.) (Entered: 10/01/2010) |
| 10/28/2010 | Ï 86 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent of Robert Ellison) (Frisch, Andrew) (Entered: 10/28/2010) |
| 10/28/2010 | Ï 87 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent of Lloyd Thomas) (Frisch, Andrew) (Entered: 10/28/2010) |
| 10/28/2010 | Ï 88 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent of Jeffrey Campeaux) (Frisch, Andrew) (Entered: 10/28/2010) |
| 10/28/2010 | Ï 89 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent of Mike Weeren) (Frisch, Andrew) (Entered: 10/28/2010) |
| 10/28/2010 | Ï 90 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent of Michael Hutchinson) (Frisch, Andrew) (Entered: 10/28/2010) |
| 10/28/2010 | Ï 91 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent of Blakely West) (Frisch, Andrew) (Entered: 10/28/2010) |
| 11/05/2010 | Ï 92 | NOTICE by Joseph Dacar *of filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join of Dwayne Sterk) (Frisch, Andrew) Modified on 11/11/2010 to include name of party(Edwards, S.). (Entered: 11/05/2010) |
| 11/05/2010 | Ï 93 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join of Jason Champayne) (Frisch, Andrew) Modified on 11/11/2010 to include name of party (Edwards, S.). (Entered: 11/05/2010) |
| 11/11/2010 | Ï 94 | NOTICE *(Notice of Filing Additional Notice of Consent to Join)I> by Joseph Dacar (Attachments: # 1 Exhibit A − Consent to Join of Lee Sonnier) (Frisch, Andrew) Modified on 11/11/2010 to include the name of the party (Edwards, S.). (Entered: 11/11/2010)* |
| 11/11/2010 | Ï | NOTICE OF CORRECTION re: 94 Notice−(other), 93 Notice−(other), 92 Notice−(other). Case manager corrected these entries to include the names of the parties consenting to join. Counsel is reminded to include the names of the individuals when e−filing the consents to join. No need to refile anything at this time. (Edwards, S.) (Entered: 11/11/2010) |
| 12/20/2010 | Ï 95 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join on behalf of Rene Gelpi* (Attachments: # 1 Consent to Join by Rene Gelpi) (Frisch, Andrew) (Entered: 12/20/2010) |
| 12/20/2010 | Ï 96 | NOTICE by Joseph Dacar *of Filing Additional Notice of Consent to Join by Lance LeBouef* (Attachments: # 1 Consent to Join by Lance LeBouef) (Frisch, Andrew) (Entered: 12/20/2010) |
| 01/11/2011 | Ï 97 | NOTICE by Jason Whitelaw *of Filing Additional Notice of Consent to Join* (Attachments: # 1 Consent to Join by Jason Whitelaw) (Frisch, Andrew) (Entered: 01/11/2011) |
| 01/14/2011 | Ï 98 | NOTICE by David Tardiff *of Filing Additional Consent to Join* (Attachments: # 1 Consent to Join by David Tardiff) (Frisch, Andrew) (Entered: 01/14/2011) |
| 01/18/2011 | Ï 99 | NOTICE *of Filing Supplemental Authority in Support of Motion to Certify Class* by Joseph Dacar re 28 MOTION to Certify Class (Attachments: # 1 Exhibit A − Westlaw) (Frisch, Andrew). (Entered: 01/18/2011) |
| 01/19/2011 | Ï 100 | NOTICE by Van Edano *of Filing Consent to Join* (Attachments: # 1 Consent to Join by Van Edano) (Frisch, Andrew) (Entered: 01/19/2011) |
| 01/19/2011 | Ï 101 | NOTICE by Peter Nazareno *of Filing Consent to Join* (Attachments: # 1 Consent to Join by Peter Nazareno) (Frisch, Andrew) (Entered: 01/19/2011) |

| 01/19/2011 | Ï | Submitted the Notice of Supplemental Authority at 99 to Senior Judge James Fox. (Edwards, S.) (Entered: 01/19/2011) |
| --- | --- | --- |
| 01/24/2011 | Ï 102 | ORDER granting in part and denying in part 25 Motion to Strike; granting 65 Motion to Change Venue; adopting in part Report and Recommendations re 70 Memorandum and Recommendations. The Clerk of Court is DIRECTED to transfer this case to the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1404(a). Dacar's remaining pending motions are DEFERRED pending transfer of this case to the Southern District of Texas, Houston Division. Signed by Senior Judge James C. Fox on 1/24/2011. Copies served. (Edwards, S.) (Entered: 01/24/2011) |
| 01/24/2011 | Ï | Case transferred to District of Texas, Houston Division. Electronic copy of original file, certified copy of transfer order, and docket sheet sent via e−mail to the US District Court, Southern District of Texas, Houston Division. (Edwards, S.) (Entered: 01/24/2011) |