| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Joseph Dacar, *et al.*, §
§
　　　　Plaintiffs, §
§
*versus* § Civil Action H-11-433
§
Saybolt LP, *et al.*, §
§
　　　　Defendants. §

# Order

1. The statute of limitations for the class certification began to run on March 16, 2011.

2. Lyle Deroche and Willie Porter represent the class.

Signed on June 2, 2011, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge