UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Joseph Dacar, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-11-433 |
| Saybolt LP, et al., | § § § | |
| Defendants. | § | |

## Management Order

1. By December 30, 2011, the workers must send to Saybolt all documents about their employment with it.

2. By 12:00 p.m. on January 1, 2012, Saybolt must give the workers all the payroll documents, in the requested electronic format.

3. The workers may depose Saybolt's witnesses during the first one-half of February. Saybolt may depose no more than ten workers during the second one-half of February.

Signed on December 22, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge