UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

-------------------------------------------------------------------X
LYLE DEROCHE and FELTON RAVIA,
individually and on behalf of all other
persons similarly situated,

                        Plaintiffs,

        -against-                      CASE NO.: 4:11-CV-00433

SAYBOLT LP, A Foreign Limited Partnership,

                        Defendant.
-------------------------------------------------------------------X

**JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH COURT'S SCHEDULING ORDER [D.E. 190]**

Plaintiffs, LYLE DEROCHE and FELTON RAVIA, and Defendant, SAYBOLT, LP, (collectively "Parties") by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Local Rules for the Southern District of Texas, hereby requests a brief enlargement of time, up to and including, August 3, 2012 to comply with this Court's Scheduling Order dated July 11, 2012[DE 190]. The grounds supporting this Motion are as follows:

The Parties are in the process of completing their joint models for calculating damages, pursuant to this Court's Scheduling Order, but both Parties have been out of the office on other pending litigation matters and it appears additional time will be needed to adequately prepare the filing for the Court. Therefore, the Parties' respectfully request this Court allow them additional time to file the joint models for calculating damages.

## CONCLUSION

For these reasons, Plaintiff respectfully moves this Court to enter an Order granting an enlargement of time, up to and including August 3, 2012 to file their joint model for calculating damages.

Dated this 21<u>st</u> day of July, 2012

/s/ **ANDREW FRISCH**
Andrew Frisch, Esq.
Counsel for Plaintiff
MORGAN & MORGAN, P.A.
600 N. Pine Island Drive, Suite 400
Plantation, FL 33324
AFrisch@forthepeople.com
Tel: 954-318-0268
FL Bar No.: 027777

**s/ Ethel J. Johnson**
Ethel J. Johnson
E-mail: ejjohnson@shb.com
Texas State Bar No. 10714050
Shook, Hardy & Bacon L.L.P.
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2992
Telephone: 713.227.8008
Fax: 713.227.9508
Texas Bar No. 10714050

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July, 2012 the above and foregoing has been served using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

**s/ ANDREW FRISCH**
Andrew Frisch, Esq.
