| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Joseph Dacar, *et al.*, §
§
      Plaintiffs, §
§
*versus* §     Civil Action H-11-433
§
Saybolt LP, §
§
      Defendant. §

## Order Striking Reply and Surreply

Because Saybolt LP did not have leave of court, its reply and surreply are struck. (222)

Signed on February 15, 2013, at Houston, Texas.

                                                              Lynn N. Hughes
                                        United States District Judge