UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LYLE DEROCHE and FELTON RAVIA,
individually and on behalf of all other
persons similarly situated,

        CASE NO.: 4:11-CV-00433

    Plaintiffs,
v.

SAYBOLT LP,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

All Plaintiffs, to include the named Plaintiffs and all individuals who filed notices to opt-in to this matter, along with Defendant, Saybolt (collectively "the parties"), hereby enter the following stipulation:

The parties stipulation to the dismissal of this case, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties also agree that they shall bear their own costs.

Dated:  November 1, 2019.

Respectfully submitted,

*/s/ Andrew R. Frisch*
Andrew R. Frisch.
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Email: afrisch@forthepeople.com

*Attorney for Plaintiffs*

*/s/ Vanessa Griffith*
Vanessa Griffith
Vinson & Elkins, LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Email: vgriffith@velaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch